02-12-296-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00296-CV

 

 


 
 
 In re Jimmy Dale Luttrell
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus.  Because relator
is represented by appointed counsel in the trial court, this court is of the
opinion that this petition should be dismissed.[2]
  Accordingly, relator’s petition for writ of mandamus is dismissed.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and MCCOY, JJ.

 

DELIVERED: 
July 31, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).





                [2]See Ex
parte Bohannan,
350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011); In re Riley, No.
02-11-00052-CV, 2011 WL 1103829, at *1 (Tex. App.—Fort Worth Mar. 24, 2011,
orig. proceeding).